# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Tyrone Henderson | Mag. Judge: Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-00472-SJB | 11/18/2022 | 10:03 AM - 11:20 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Joel Scott Fauson | Defendant: Tessa K. Muir | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __ <br> Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Initial Pretrial Conference
- ✓ Detention  (waived __)
- ✓ Preliminary  (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- ✓ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5(f)

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
 __ Ordered  __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Government witness DEA TFO Marcel Behnen testified.
Government Exhibits 1 through 20 admitted.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:  __Yes  __No
Defendant informed of right to appeal:  __Yes  __No
Counsel informed of obligation to file appeal:  __Yes  __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Arraignment/IPTC if Indicted |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Norton |