UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 1:22−mj−472

    v.                                 Hon. Sally J. Berens

TYRONE HENDERSON,

    Defendant.
_____/

## ORDER HOLDING DEFENDANT
## FOR PROCEEDINGS BEFORE THE GRAND JURY

The parties appeared before me on November 18, 2022 for a preliminary examination on the complaint, which charges defendant with possession with intent to distribute 400 grams or more of mixture and substance containing a detectable amount of fentanyl; 100 grams or more of a mixture and substance containing a detectable amount to heroin; and, 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine violation of 21 U.S.C. §§ 841(a)(1); 841(b)(1)(A)(vi), (b)(1)(B)(i) & (b)(1)(B)(viii); being a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1); and possession of firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). Defendant was represented by counsel and the court found probable cause to support the charges. Accordingly:

IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1. An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on December 8, 2022 at 10:00 AM.

IT IS SO ORDERED.

Dated: November 18, 2022   /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge